UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) ) ) |
| PAUL WALCZAK, | ) Case No. 9:23-CR-80024 ) |
| Defendant. | ) ) ) |

**GOVERNMENT'S NOTICE REGARDING INTENT TO INTRODUCE
SELF-AUTHENTICATING RECORDS AT TRIAL UNDER RULE 902(11)**

The United States of America hereby and gives notice of its intent to introduce certain records by certification pursuant to Rules 803(6) and 902(11) of the Federal Rules of Evidence.[1] The United States respectfully provides the Defendant notice of the following:

It is the government's intention to introduce into evidence at trial business records obtained pursuant to administrative subpoenas, trial subpoenas, or other means pursuant to Fed. R. Evid. 803(6). Specifically, the United States will seek to introduce business records from (i) domestic financial institutions; (ii) retailers; (iii) an educational institution; and (iv) service providers. These records have been produced in discovery. Further, these records were kept by an employee for that company in his or her regularly conducted course of business activity.

---

[1] Rule 902(11) provides for the self-authentication of "a domestic record that meets the requirements of Rule 803(6)(A)-(c), as shown by a certification of the custodian." The requirements of Rule 803(6) are "(A) the record was made at or near the time by — or from information transmitted by — someone with knowledge; (B) the record was kept in the course of a regularly conducted activity of a business . . .; (C) making the record was a regular practice of that activity."

- 2 -

Below is list of the business records with corresponding Bates ranges as well as the exhibit to which the records certification pertains:

| Business | Description | Bates Number | Exhibit |
|---|---|---|---|
| Braman | Financial records including account statements, payments, and title | USA-078443-078632 | 1 |
| CTC at Sea Adventures | Financial records including bank statements, purchase and sale agreement, and invoices for expenses | USA-076063-076602 | 2 |
| First Republic | Financial records for accounts ending x1114, x4927, x8224, x8299, and x8745 | USA-199056-204044 | 3 |
| Florida Department of State | Sunbiz records including Articles of Incorporation and annual reports | USA-078683-078681 | 4 |
| Payroll Resource Group | Forms W-2 from for years 2016 through 2019 | USA-179162-180153<br>USA-181131-182090<br>USA-183193-184007<br>USA-184692-185102 | 5 |
| Professional Bank | Financial records for accounts ending x1440, x3270, and 4969 | USA-199671-200104 | 6 |
| Regions | Financial records for account ending x0048 | USA-006941-013601<br>USA-013627-013770<br>USA-020602-021143<br>USA-041444<br>USA-041448-041451 | 7 |
| Regions | Financial records for account ending x6645 | USA-004320-004364<br>USA-004410-004426<br>USA-004472-004633<br>USA-004795-005047 | 7 |
| Regions | Financial records for account ending x9209 | USA-072066-072532<br>USA-072881-072981<br>USA-073189-073526 | 7 |
| Regions | Financial records for account ending x0122 | USA-062806-063084<br>USA-063686-063888 | 7 |

| | | | |
|---|---|---|---|
| Regions | Financial records for account ending x8565 | USA-072061-072062<br>USA-071924-072059 | 7 |
| Regions | Financial records for account ending x5913 | USA-038763-039717<br>USA-040341-040421<br>USA-040470-041061<br>USA-041110-041276 | 8 |
| Regions | Financial records relating for account ending x0064 | USA-021888-021947<br>USA-021984-022072<br>USA-022078-022125 | 8 |
| Regions | Financial records for account ending x3678 | USA-022373-038293<br>USA-038299-038414<br>USA-038416-038628<br>USA-041456-041460 | 8 |
| Regions | Financial records relating for account ending x0114 | USA-005433-005676<br>USA-005994-006048<br>USA-006056-006265<br>USA-006477-006708 | 8 |
| Regions | Financial records relating for account ending x0056 | USA-021144-021508<br>USA-021885-021887<br>USA-041452-041455 | 8 |
| The Benjamin School | Records relating to tuition statements and payment records | USA-076627-076628 | 9 |
| Tournament Yacht Sales | Purchase and sales records | USA-078359-078385 | 10 |
| VW Credit | Lease and insurance records | USA-078633-078649 | 11 |

Finally, the United States hereby gives notice to the Defendant and the Court of the government's intent to introduce certified copies of public records pursuant to Fed. R. Evid. 803(8), 803(10), and 902(4) from the Internal Revenue Service and the State of Florida.

                                                 Respectfully Submitted,

                                                 MARKENZY LAPOINTE<br>                                                 United States Attorney

- 4 -

      By:    <u>/s/ Andres E. Chinchilla</u>
              ANDRES E. CHINCHILLA
              FRANCESCA BARTOLOMEY
              ANDREW ASCENCIO

              Trial Attorneys
              Department of Justice, Tax Division
              150 M Street, N.E.
              Washington, D.C. 20002
              (202) 305-7480 (o)
              (202) 514-0961 (f)

- 5 -

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Government's Notice of Intent to Introduce Self-Authenticating Records at Trial Under Rule 902(11) has been served via ECF upon counsel for the Defendant, this 23rd day of January, 2024.

By: /s/ Andres E. Chinchilla
ANDRES E. CHINCHILLA
Trial Attorney