2019R01961 - 018

CERTIFICATION OF DOMESTIC RECORDS
OF REGULARLY CONDUCTED ACTIVITY
Pursuant to Fed. R. Evidence 902(11)

The undersigned declarant hereby declares, certifies, verifies or states the following:

1. This certification concerns the regularly conducted business activity of the business named below.

2. The declarant is a records custodian or other qualified person who can provide a written declaration regarding the records of the regularly conducted business activity which are the subject of this certification.

3. The records of regularly conducted business activity (hereinafter "records") which are the subject of this certification accompany or are attached to this certification.

4. The records are originals or duplicate copies of domestic (United States) business records;

5. The records were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

6. The records were kept in the course of a regularly conducted business activity; and

7. The records were made by the business activity as a regular practice.

*I hereby declare, certify, verify or state, under penalty of perjury, that the foregoing is true and correct.*

_____
Signature

__Brian Shock__
Printed Name

__Assistant Secretary__
Title

__Braman Automotive, Inc.__
Company Name

__2101 Okeechobee Blvd, West Palm Beach, FL 33409.__
Business Address

__4-15-2021__
Date of Declaration/Execution

2019R01961 - 018

# APPENDIX A

## DOCUMENT INVENTORY

The documents submitted are as follows:

Documents from deal file for VIN# WAUAVGFF1LA000835
Documents from deal file for VIN# WAUAVGFF9J1045086.

Signature of Records Custodian: