

## FLORIDA DEPARTMENT OF STATE
Division of Corporations

November 14, 2021

SPECIAL AGENT MICHELLE LAVORO
IRS-CRIMINAL INVESTIGATION
7850 SW 6TH CT, STOP 65-02
PLANTATION, FL  33324

Pursuant to your recent inquiry, we are enclosing the certification you requested.

Should you have any questions regarding this matter you may contact our office at (850) 245-6053.

Yvette Scott
Certification Section                    Letter No. 921A00027620

## CERTIFICATE OF AUTHENTICITY OF DOMESTIC RECORDS PURSUANT TO FEDERAL RULES OF EVIDENCE 902(11) AND 902(13)

I, __Lee Yarbrough__ (Name), attest, under penalties of perjury by the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this certification is true and correct. I am employed by __Division of Corporations__ (Entity) (hereinafter "the entity"), and my title is __Bureau Chief__ (Title). I am qualified to authenticate the records attached hereto because I am familiar with how the records were created, managed, stored, and retrieved. I state that the records attached hereto are true duplicates of the original records in the custody of the provider. The attached records consist of __Certified Records, Payment Records__ (Generally describe records (pages/CDs or DVDs/megabytes)). I further state that:

    a.    all records attached to this certificate were made at or near the time of the occurrence of the matter set forth by, or from information transmitted by, a person with knowledge of those matters, they were kept in the ordinary course of the regularly conducted business activity of the entity, and they were made by the entity as a regular practice; and

    b.    such records were generated by the entity's electronic process or system that produces an accurate result, to wit:

        1.    the records were copied from electronic device(s), storage medium(s), or file(s) in the custody of the entity in a manner to ensure that they are true duplicates of the original records; and

        2.    the process or system is regularly verified by the entity, and at all times pertinent to the records certified here the process and system functioned properly and normally.

I further state that this certification is intended to satisfy Rules 902(11) and 902(13) of the Federal Rules of Evidence.

11-23-2021
Date

*Joe Yarbrough* (signature)
Signature