# APPENDIX

## DOCUMENT INVENTORY

The documents submitted are as follows:

Checks, Deposits, Documents, Statements and Wires for Accounts Ending in:

****4969, ****1440, ****3270, ****2120 for time period 1.1.2018 to Present

Signature of Records Custodian:

*Kevin DeMatteo*

Kevin DeMatteo

# CERTIFICATION OF DOMESTIC RECORDS
## OF REGULARLY CONDUCTED ACTIVITY
### Pursuant to Fed. R. Evidence 902(11)

The undersigned declarant hereby declares. certifies, verifies or states the following:

1. This certification concerns the regularly conducted business activity of the business named below.

2. The declarant is a records custodian or other qualified person who can provide a written declaration regarding the records of the regularly conducted business activity which are the subject of this certification.

3. The records of regularly conducted business activity (hereinafter "records") which are the subject of this certification accompany or are attached to this certification.

4. The records are originals or duplicate copies of domestic (United States) business records;

5. The records were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

6. The records were kept in the course of a regularly conducted business activity; and

7. The records were made by the business activity as a regular practice.

*I hereby declare, certify, verify or state, under penalty of perjury, that the foregoing is true and correct.*

_____
Signature

Kevin DeMatteo
_____
Printed Name

Assistant General Counsel
_____
Title

Professional Bank
_____
Company Name

396 Alhambra Circle, Suite 255
Coral Gables, FL 33134
_____
Business Address

May 31, 2022
_____
Date of Declaration/Execution