Regions Bank
Legal Department
1900 5th Avenue North
23rd Floor
Birmingham, AL  35203



IN THE MATTER OF
**Paul Walczak, Patricia Walczak, Island Yacht Club 2 ; Account**
U.S. District Court, Southern District
2019R01961; 2019R01961-044
**Certificate of Origin and Authenticity**

The attached records, identified within the requested timeframe of 01/01/2016 to present, are described as follows:

**9601129209.zip** - image statements, deposit, and offsets from 09/27/19 through 09/28/2020.  Account closed 09/04/2020.  there are no wires on account

**0226909189.zip** - statements from 10/01/19 through 09/30/2020.  Account closed 09/04/2020.  There are no checks, wires or deposits on account

**0105660122.zip** - statements, checks, bank debits, deposit, and offsets from 10/01/19 through 06/30/2020.  Account closed 06/09/2020.  There are no wires on account

**0240718565.zip** - statements, bank debits, deposit, and offsets from 09/11/19 through 09/10/2020.  Account closed 09/04/2020.  There are no checks or wires on account

**0270526664.zip** - statements and Regions branch loads from 10/01/19 through 07/31/2020.  Account closed 07/31/2020

**0091471281.zip** - statements from 10/01/19 through 09/30/2020.  Account closed 09/04/2020  There are no checks, wires or deposits on account

**0145670048.zip** - statements from 10/01/19 through 02/26/2021.  Account closed 02/25/2021.  There are no checks, wires or deposits on account

**0145670145.zip** - statements from 10/01/19 through 09/30/2020.  Account closed 09/04/2020.  There are no checks, wires or deposits on account

**0115866645.zip** - statements from 10/01/19 through 10/31/19.  Account closed 10/01/19.  There are no checks, wires or deposits on account

**5003174880.zip** - loan file and payment history from 01/14/16 through 10/22/2020

**sigcard.zip - signature cards for the following**
**9601129209**
**0145670048**
**0091471281**
**0226909189**
**0145670145**
**0240718565**

**4099700005004204.zip** - statements from 09/29/2019 through 08/28/2021

**patriot act.pdf - patriot act that provides account opening information for the following**
**0115866645**
**0105660122**
**Unable to locate signature cards on my system.  if you would like for me to reach out to the branch.  Please give me a call 205-264-6392**

Regions Bank ("Regions"), regularly creates and maintains statements of account for accounts reflected on its records.  Those statements are maintained and stored in computerized form.  Checks, deposits and other items documenting specific transactions within the individual deposit accounts reflected on Regions' records are maintained in electronic format or copied onto microfilm and maintained and stored in that format.  Signature cards, account maintenance documents, correspondence and other documents as Regions may from time to time collect relating to the accounts reflected on Regions' records are maintained and stored in microfilm, original paper form, electronically or some combination thereof.  Together,

SUB-027747

**Regions Bank**
Legal Department
1900 5th Avenue North
23rd Floor
Birmingham, AL  35203



each of the computerized statements of account, microfiche copies and paper records regarding accounts reflected on Regions' records constitute original entries into Regions' business records.  Those entries are made by employees of Regions Bank in the regular and usual course of Regions' trade or business and in the regular and usual course of their duties with respect thereto.

Correspondence, credit, collateral, and other general files consist of memoranda or records of acts, transactions, occurrences, or events related to the business of Regions Bank.  Such records are made by employees of Regions Bank in the regular and usual course of Regions' trade or business and in the regular and usual course of their duties with respect thereto.  Such records are made at the time of such acts, transactions, occurrences, or events, or within a reasonable time thereafter.

It is the regular and usual course of the business of Regions Bank to maintain copies of all items enclosed herewith, in and as a part of Regions' business records.   They are true and accurate copies of the papers and records in the bank's files.

*Kenya Pitts*
_____
Kenya Pitts
Legal Processing Section

SUB-027747