Regions Bank
Legal Department
1900 5th Avenue North
23rd Floor
Birmingham, Alabama 35203



April 4, 2022

**VIA E-MAIL:**
Michelle Lavoro
IRS -CI
7850 SW 6th Court, Stop 65-03
Plantation, FL 33324

RE:   Paul Walczak, Patricia Walczak, Elizabeth Fago, NHI Investme
      Our Record No.: SUB-015733

Dear Sir or Madam:

Pursuant to the legal process served on Regions Bank in the above-referenced matter, attached please find the items identified below for the period of 01/01/0001 to 12/31/9999. These records contain all documents that were located within the requested timeframe of 01/01/0001 to 12/31/9999 and are being produced in electronic format.

**CTC at Sea Adventures Account ending in 3298.pdf** - CTC at Sea Adventures Account ending in 3298
**PHP Employment Account ending in 5913.pdf** - PHP Employment Services LLC Account ending in 5913
**Nuvista Healthcare Investors Account ending in 8374.pdf** - Nuvista Healthcare Investors LLC Account ending in 8374
**Nuvista Healthcare Investors Account ending in 0122.pdf** - Nuvista Healthcare Investors LLC Account ending in 0122
**Palm Health Partners Account ending in 3345.pdf** - Palm Health Partners LLC Account ending in 3345
**Nuvista Living at Jupiter Account ending in 6599.pdf** - Nuvista Living at Jupiter LLC Account ending in 6599
**Nuvista Health Informatics Account ending in 1616.pdf** - Nuvista Health Informatics and LIfestyle Medicine Account ending in 1616
**Nuvista Living at Jupiter Account ending in 3123.pdf** - Nuvista Living at Jupiter Account ending in 3123
**FW Heathlcare Investments Account ending in 6645.pdf** - FW Healthcare Investments LLC Account ending in 6645
**Healthcare Acquisitions Account ending in 2918.pdf** - Healthcare Acquisitions Inc Account ending in 2918
**Palm Health Partners Account ending in 0114.pdf** - Palm Health Partners LLC Account ending in 0114
**PHP Employment Services Account ending in 0048.pdf** - PHP Employment Services LLC

Regions Bank
Legal Department
1900 5th Avenue North
23rd Floor
Birmingham, Alabama 35203

Account ending in 0048
PHP Employment Services Account ending in 3678.pdf - PHP Employment Services LLC Account ending in 3678
PHP Employment Services Account ending in 0056.pdf - PHP Employment Services LLC Account ending in 0056
PHP Employment Services Account ending in 0064.pdf - PHP Employment Services LLC Account ending in 0064
Elizabeth Fago Checking Account 0143740499.pdf - Elizabeth Fago Signature Card, Statements, Checking Items, and Wire Transfers for Account 0143740499
Paul Walczak Checking Account 9601129209.pdf - Paul Walczak Signature Card, Statements, Checking Items, Wire Transfers for Account 9601129209
Paul Walczak Checking Account 0240718565.pdf - Paul Walczak Signature Card, Statements, Checking Items, Wire Transfers for Account 0240718565
Walczak RE Group Account 091906938.pdf - Walczak RE Group Signature Card, Statements, Checking Items Account 091906938
EMF I LLC Account 0105660424 .pdf - EMF I LLC Patriot Act, Statements, Checking Items, Wire Transfers for Account 0105660424
SPB Operations LLC Account 0213741926.pdf - SPB Operations LLC Patriot Act and Statements Account 0213741926
Jupiter HRE Investments Account 015866076.pdf - Jupiter HRE Investments Patriot Act, Statements, Checking Items Account 0115866076
NVP INP Pac Services Account 0126723301.pdf - NV INP Pac Services Signature Card, Statements, Checking Items, Wire Transfers Account 0126723301
Hillsborough Extended Care Account 014670153.pdf - Hillsborough Extended Care Signature Card, Statements, Checking Items Account 0145670153
Hillsborough Extended Care Account 0145670161 .pdf - Hillsborough Extended Care Signature Card, Statements for Account 0145670161
Hillsborough Extended Care Account 0091471281.pdf - Hillsborough Extended Care-Signature Card, Statements, Checking Items, Wire Transfers Account 0091471281
Chatsworth at Wellington Green Account 16263396.pdf - Chatsworth at Wellington Green Patriot Act, Statements, Checking Items Account Accoount 169263396
Chatsworth at Wellington Green Account 0252114791.pdf - Chatsworth at Wellington Green Signature Card, Statements, Checking Items Account 0252114791
Chatsworth at Wellington Green Account 0169263418.pdf - Chatsworth at Wellington Green Patriot Act, Statements, Checking Items Account 0169263418
Chatsworth at Wellington Green Account 0169263361.pdf - Chatsworth at Wellington Green Signature Card and Statements Account 0169263361
Chatsworth at Wellington Green Account 0169263388.pdf - Chatsworth at Wellington Green Signature Card, Statements, Checking Items, Wire Transfers Account 0169263388

These records were identified as a result of a search conducted by bank personnel and, to the best of our knowledge, the records contained in this e-mail fully comply with the terms of your request. Please note that we have certified and authenticated these records and our certificate to that effect is also attached.

**Regions Bank**
Legal Department
1900 5th Avenue North
23rd Floor
Birmingham, Alabama 35203

Please contact me at 205-264-6383 or Danielle.Edwards@regions.com if you should have any questions regarding our response.

Sincerely,

Danielle Edwards
Subpoena Processing Specialist

Regions Bank
Legal Department
1900 5th Avenue North
23rd Floor
Birmingham, AL 35203

REGIONS

IN THE MATTER OF

Paul Walczak, Patricia Walczak, Elizabeth Fago, NHI Investme
U.S. District Court, Southern District
2019R01961; 2019R01961-010

## Certificate of Origin and Authenticity

The attached records, identified within the requested timeframe of 01/01/0001 to 12/31/9999, are described as follows:

CTC at Sea Adventures Account ending in 3298.pdf - CTC at Sea Adventures Account ending in 3298
PHP Employment Account ending in 5913.pdf - PHP Employment Services LLC Account ending in 5913
Nuvista Healthcare Investors Account ending in 8374.pdf - Nuvista Healthcare Investors LLC Account ending in 8374
Nuvista Healthcare Investors Account ending in 0122.pdf - Nuvista Healthcare Investors LLC Account ending in 0122
Palm Health Partners Account ending in 3345.pdf - Palm Health Partners LLC Account ending in 3345
Nuvista Living at Jupiter Account ending in 6599.pdf - Nuvista Living at Jupiter LLC Account ending in 6599
Nuvista Health Informatics Account ending in 1616.pdf - Nuvista Health Informatics and Lifestyle Medicine Account ending in 1616
Nuvista Living at Jupiter Account ending in 3123.pdf - Nuvista Living at Jupiter Account ending in 3123
FW Heathlcare Investments Account ending in 6645.pdf - FW Healthcare Investments LLC Account ending in 6645
Healthcare Acquisitions Account ending in 2918.pdf - Healthcare Acquisitions Inc Account ending in 2918
Palm Health Partners Account ending in 0114.pdf - Palm Health Partners LLC Account ending in 0114
PHP Employment Services Account ending in 0048.pdf - PHP Employment Services LLC Account ending in 0048
PHP Employment Services Account ending in 3678.pdf - PHP Employment Services LLC Account ending in 3678
PHP Employment Services Account ending in 0056.pdf - PHP Employment Services LLC Account ending in 0056
PHP Employment Services Account ending in 0064.pdf - PHP Employment Services LLC Account ending in 0064
Elizabeth Fago Checking Account 0143740499.pdf - Elizabeth Fago Signature Card, Statements, Checking Items, and Wire Transfers for Account 0143740499
Paul Walczak Checking Account 9601129209.pdf - Paul Walczak Signature Card, Statements, Checking Items, Wire Transfers for Account 9601129209
Paul Walczak Checking Account 0240718565.pdf - Paul Walczak Signature Card, Statements, Checking Items, Wire Transfers for Account 0240718565
Walczak RE Group Account 091906938.pdf - Walczak RE Group Signature Card, Statements, Checking Items Account 091906938
EMF I LLC Account 0105660424 .pdf - EMF I LLC Patriot Act, Statements, Checking Items, Wire Transfers for Account 0105660424
SPB Operations LLC Account 0213741926.pdf - SPB Operations LLC Patriot Act and Statements Account 0213741926
Jupiter HRE Investments Account 015866076.pdf - Jupiter HRE Investments Patriot Act, Statements, Checking Items Account 0115866076
NVP INP Pac Services Account 0126723301.pdf - NV INP Pac Services Signature Card, Statements, Checking Items, Wire Transfers Account 0126723301
Hillsborough Extended Care Account 014670153.pdf - Hillsborough Extended Care Signature Card, Statements, Checking Items Account 0145670153
Hillsborough Extended Care Account 0145670161 .pdf - Hillsborough Extended Care Signature Card, Statements for Account 0145670161
Hillsborough Extended Care Account 0091471281.pdf - Hillsborough Extended Care-Signature Card, Statements, Checking Items, Wire Transfers Account 0091471281
Chatsworth at Wellington Green Account 16263396.pdf - Chatsworth at Wellington Green Patriot Act, Statements,

**Regions Bank**
Legal Department
1900 5th Avenue North
23rd Floor
Birmingham, AL 35203

**REGIONS**

---

Checking Items Account Accoount 169263396
Chatsworth at Wellington Green Account 0252114791.pdf - Chatsworth at Wellington Green Signature Card, Statements, Checking Items Account 0252114791
Chatsworth at Wellington Green Account 0169263418.pdf - Chatsworth at Wellington Green Patriot Act, Statements, Checking Items Account 0169263418
Chatsworth at Wellington Green Account 0169263361.pdf - Chatsworth at Wellington Green Signature Card and Statements Account 0169263361
Chatsworth at Wellington Green Account 0169263388.pdf - Chatsworth at Wellington Green Signature Card, Statements, Checking Items, Wire Transfers Account 0169263388

Regions Bank ("Regions"), regularly creates and maintains statements of account for accounts reflected on its records. Those statements are maintained and stored in computerized form. Checks, deposits and other items documenting specific transactions within the individual deposit accounts reflected on Regions' records are maintained in electronic format or copied onto microfilm and maintained and stored in that format. Signature cards, account maintenance documents, correspondence and other documents as Regions may from time to time collect relating to the accounts reflected on Regions' records are maintained and stored in microfilm, original paper form, electronically or some combination thereof. Together, each of the computerized statements of account, microfiche copies and paper records regarding accounts reflected on Regions' records constitute original entries into Regions' business records. Those entries are made by employees of Regions Bank in the regular and usual course of Regions' trade or business and in the regular and usual course of their duties with respect thereto.

Correspondence, credit, collateral, and other general files consist of memoranda or records of acts, transactions, occurrences, or events related to the business of Regions Bank. Such records are made by employees of Regions Bank in the regular and usual course of Regions' trade or business and in the regular and usual course of their duties with respect thereto. Such records are made at the time of such acts, transactions, occurrences, or events, or within a reasonable time thereafter.

It is the regular and usual course of the business of Regions Bank to maintain copies of all items enclosed herewith, in and as a part of Regions' business records. I am one of the persons designated to initiate and supervise searches of Regions' records for the purpose of making responses to legal process. The search has been diligent and the records enclosed are believed to be complete and to comply with the subpoena. They are true and accurate copies of the papers and records in the bank's files.

Witness my hand and seal on April 4, 2022.

_Danielle Edwards_
Danielle Edwards
Legal Processing Section

Sworn to and subscribed before me on April 4, 2022.

_Latrisha V. Moore_
Notary Public

MY COMMISSION EXPIRES AUGUST 26, 2024

SUB-015733