**CERTIFICATION OF DOMESTIC RECORDS**
**OF REGULARLY CONDUCTED ACTIVITY**
**Pursuant to Fed. R. Evidence 902(11)**

The undersigned declarant hereby declares, certifies, verifies or states the following:

1. This certification concerns the regularly conducted business activity of the business named below.

2. The declarant is a records custodian or other qualified person who can provide a written declaration regarding the records of the regularly conducted business activity which are the subject of this certification.

3. The records of regularly conducted business activity (hereinafter "records") which are the subject of this certification accompany or are attached to this certification.

4. The records are originals or duplicate copies of domestic (United States) business records;

5. The records were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

6. The records were kept in the course of a regularly conducted business activity; and

7. The records were made by the business activity as a regular practice.

*I hereby declare, certify, verify or state, under penalty of perjury, that the foregoing is true and correct.*

_Leslie L Downs_
Signature

_Leslie Downs_
Printed Name

_CFO/COO_
Title

_The Benjamin School_
Company Name

_11000 Ellison Wilson Road_
Business Address

_7/26/21_
Date of Declaration/Execution

**APPENDIX A**

**DOCUMENT INVENTORY**

The documents submitted are as follows:

Billing statements for 2/8/16 - 7/26/21
for Abigail E. Walczak
Addison P. Walczak
Alexandra H. Walczak

Family of Paul Walczak
Patricia Walczak

Summer camp records are not available until after August 3rd. I have no current knowledge of summer camp attendance

Signature of Records Custodian:

*[signature]*