## CERTIFICATE OF RECORDS

I, **Kristen Camacho**, hereby certify under oath subject to penalty of perjury:

1) That I am a Custodian of Records, or another individual qualified to produce the records, from which the attached memorandum, report, record or data compilation was obtained, and that I am authorized by **VW Credit, Inc.**, the organization possessing these records, to produce these records under subpoena; and

2) That the attached documents or computer media are duplicates of a record of this regularly conducted business activity; and

3) That the record was made, at or near the time of the occurrence of the matters set forth, by (or from information transmitted by) a person with knowledge of those matters; and

4) That this record was made and kept in the course of the regularly conducted business activity.

_Kristen Camacho_
(Signature)

STATE OF **Illinois**
COUNTY OF **Lake**, to wit:

SUBSCRIBED and SWORN to before me, a Notary Public, this **4th** day of **March**, 20**20**.

Commission Expires: **11/14/2020**

_[signature]_
Notary Public

MADELINE GRZANICH
Official Seal
Notary Public - State of Illinois
My Commission Expires Nov 14, 2020