United States District Court
Southern District of Florida (West Palm Beach)

Case No. 23-80024-CR-MARRA/MCCABE

United States of America,
    Plaintiff,

v.

Paul Walczak,
    Defendant
_____/

## UNOPPOSED MOTION FOR BRIEF CONTINUANCE OF THE SENTENCING HEARING

Defendant Paul Walczak, through counsel, hereby files this Unopposed Motion for Brief Continuance of his Sentencing Hearing which is currently scheduled for February 28, 2025. In support of this motion, the Defendant states as follows:

1. Defendant was indicted in a thirteen-count indictment alleging ten counts of violating 26 U.S.C. §7202 (Failure to Account For and Pay Over Employment Tax) and three counts alleging violation of 26 U.S.C. §7203 (Failure to File a Tax Return).

2. On November 15, 2024, the Defendant pled guilty in this matter pursuant to a plea agreement to two counts of the indictment.

3. A pre-sentence investigation was ordered by this court as is customary in these matters.

4. On January 3, 2025, the Government submitted a supplemental letter to the probation officer preparing said report, addressing post-indictment conduct that it considers relevant to the Presentence Report.

5. The supplemental materials raise several complex issues that require additional time for review, legal research, and the preparation of responses by the Defense.

6. Department of Justice Tax Division lawyer Andrew Ascensio, one of the lawyers handling this matter for the Government, confirmed the Government has no objection to a continuance.

7. A continuance is necessary to ensure sufficient time to: review and address the issues raised in the Government's supplemental letter and to provide Probation Officer Francis Weisberg with adequate time to incorporate the defense's input into the Presentence Report.

8. Mr. Walczak respectfully suggests that his sentencing be rescheduled for either April 4 or 11, 2025.

9. This request is made in good faith and not for the purpose of delay.

**WHEREFORE**, the Defendant respectfully requests that this Court grant a continuance of the sentencing hearing.

Respectfully submitted,

Weisberg Kainen Mark, PL
100 SE 2 Street, Ste. 2222
Miami, Florida 33131
Phone: (305) 374-5544
Facsimile No: (305) 358-8565

BY: /s/ Dennis G. Kainen
      Dennis G. Kainen
      Florida Bar No. 339393

- 3 -

        Richard W. Levitt
        Levitt & Kaizer
        40 Fulton Street, 17th Floor
        New York, New York 10038
        Phone: (212) 480-4000
        Florida Bar No. 247103

        Raymond Granger
        Granger & Associates LLC
        40 Fulton Street, 17th Floor
        New York, New York 10038
        Phone: (212) 732-7000

        *Counsel for Defendant Paul Walczak*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion was electronically filed via CM/ECF this 17th day of January, 2025.

        /s/ Dennis G. Kainen
        Dennis G. Kainen
        Florida Bar No. 339393