United States District Court
Southern District of Florida (West Palm Beach)

Case No. 23-80024-CR-MARRA/MCCABE

United States of America,
    Plaintiff,

v.

Paul Walczak,
    Defendant
_____/

**ORDER GRANTING UNOPPOSED MOTION FOR BRIEF CONTINUANCE
OF THE SENTENCING HEARING**

THIS CAUSE is before the Court upon the Defendant's Unopposed Motion for Brief Continuance of the Sentencing Hearing. After consideration of the record, the motion for continuance and the Court's schedule, it is hereby:

ORDERED and ADJUDGED that the Motion is _____. The sentencing hearing presently scheduled for February 28, 2025, is hereby continued to _____ at ___.

DONE AND ORDERED in chambers, in West Palm Beach, Florida on this ___ day of January, 2025.

                                                 Kenneth A. Marra
                                               United States District Judge

Copies provided to:

    All counsel