

## PURCHASER'S CLOSING STATEMENT

DATE:                              June 23 2016

PURCHASER:                  CTC at Sea Adventures, LLC

                                        Palm Beach Gardens, FL  33410

SELLER:                          Wrenegade Limited

                                        Road Town, Tortola, British Virgin Islands

VESSEL DESCRIPTION:    'Wrenegade'
                                        2003 64' Spencer Yachts
                                        Hull ID:  GDGS6410D103
                                        Official No:  5655

Original Contract Sale Price $1,850,000.00
Adjusted Sale Price per Third Addendum $1,900,000.00
Adjusted Sale Price per Fifth Addendum $1,920,000.00
Adjusted Sale Price per Sixth Addendum $1,925,000.00

| | |
|---|---:|
| Adjusted Sale Price per Seventh Addendum | $2,025,000.00 |
| Invoice – Alley Maass, Rogers & Lindsey PA | 11,278.75 |
| Invoice – International Vessel Documentation | 1,167.00 |
| Closing Fees (as of 6/7/16) | 300.00 |
| Florida Sales Tax | 18,000.00 |
| Palm Beach County Discretionary Sales Surtax | -0- |
| | $2,055,745.75 |

| **Items paid by the seller to be reimbursed by the purchaser** | | |
|---|---:|---:|
| Attorney Fees due Alley, Maass, Rogers & Lindsey PA | 2,500.00 | |
| Eagle Eye Enterprises Invoice | 27,241.30 | |
| Gulfstream Marine Invoice | 990.68 | |
| Dan Bivens Marine Ent Invoice | 21,000.00 | |
| | $51,731.98 | |
| **Sub Total** | | $2,107,477.73 |

| | | |
|---|---:|---:|
| Less Non-Refundable Escrow Deposit (received 8/27/15) | (100,000.00) | |
| Less Non-Refundable Escrow Deposit (received 9/30/15) | (100,000.00) | |
| Less Non-Refundable Escrow Deposit (received 2/19/16) | (300,000.00) | |
| Less Non-Refundable Escrow Deposit (received 4/21/16) | (200,000.00) | |
| Less Non-Refundable Escrow Deposit (received 4/25/16) | (400,000.00) | |
| Less Non-Refundable Extension Fee (received 6/3/16) | (200,000.00) | |
| Less Funds from Intercoastal Finance (Lender: M&T Bank) | (700,000.00) | |
| | ($2,000,000.00) | |

| | |
|---|---:|
| **Due from Purchaser** | $107,477.73 |

Reviewed & Accepted                                    6/23/16         Date
Paul M. Walczak, Manager for
Walczak Investments II, LLC

Reviewed & Accepted                                    6/23/16         Date
Broker, Tournament Yacht Sales

222 S. US Highway 1, Suite 5 ● Tequesta, FL  33469
Phone: 561-748-2002 ● Fax: 561-748-2006 ● tournamentyachtsales.com