



## Spencer Yachts Custom Carolina Sportfish – Wrenegade

| | | | |
|---|---|---|---|
| Make: | Spencer Yachts Custom Carolina | Boat Name: | Wrenegade |
| Model: | Sportfish | Hull Material: | Composite |
| Length: | 64 ft | Draft: | 4 ft 4 in |
| Price: | $ 1,850,000 | Number of Engines: | 2 |
| Year: | 2003 | Fuel Type: | Diesel |
| Condition: | Used | Number: | 3508116 |
| Location: | Palm Beach, FL, USA | | |



### Wrenegade

Spectacular Custom Carolina by Paul Spencer. Twin Caterpillar 1400 hp 3412s, teak interior, Eskimo ice, water maker, mezzanine, loaded with extras. Privately owned and used, full-time captain, constant maintenance.

Tournament Yacht Sales - Jimmy Fields
207 E. Blue Heron Blvd Suite 3, Riviera Beach, FL 33404, USA
Tel: 866-639-9224   Tel: 561 840-1882   tournamentyacht@bellsouth.net
http://tournamentyachtsales.com

USA-076251

**NEW PHOTOS MARCH 2012**

WRENEGADE is one of the best sea boats Paul Spencer has ever built and has been maintained with an open checkbook. She raises fish and has placed in several South Florida and Carribean tournaments. Her low hours and maintenance record makes her a rare find. Don't miss this opportunity to own a great Carolina ride built by Spencer Yachts. She is turn-key and has been professionally maintained by professional captains since leaving Paul Spencer's yard. DON'T MISS this opportunity to own one of the top Carolina boats on the market.

## Measurements

LOA: 64 ft  
Beam: 18 ft  
Max Draft: 4 ft 4 in  
Displacement: 76000 lb

## Propulsion

Number of Engines: 2  
Engine Make: Caterpillar  
Engine Model: 3412  
Engine Hours: 2000

## Engines

Total Power: 1400  
Cruising Speed: 33.5 k @ 2000 rpm  
Max Speed: 38.5 k @ 2350 pm

## Tanks

Fuel: 1850 gal (3 tanks)  
Fresh Water: 250 gal (2 tanks)

## Accommodations

**NOT FOR SALE TO US RESIDENTS WHILE IN US WATERS**

## Salon

- C-shape leather couch to port with recliner
- Storage under spring loaded custom couch
- Teak bar top counter to starboard with under counter icemaker and breaker panel directly to starboard with seating for four (4) on custom leather with storage underneath

- Entertainment center to starboard of salon entry door with Sharp 32' flat panel TV, Sony 400 CD changer, Sony DVD player, Russound 4 source control amplifier, Sony digital audio video control player
- Teak cabinetry and galley floor
- Hydraulic air compressed door
- Floor lighting
- Central vacuum
- Over the valance AC dumps

## Galley

- Teak cabinetry and galley floor
- Teak step entrance to companionway with handrail and floor lighting

## Master Stateroom

- Spacious master stateroom forward with teak finish
- Queen bed project port to starboard with storage and entrance to bilge.
- Large vanity with 2-way mirrors allowing TV viewing through mirror to a Sharp flat panel TV & Sony DVD player
- Four (4) banks of drawers at foot of bed
- Master Head (forward):
- Sandstone countertops with built-in hamper
- Double vanities
- Mirrored ceiling
- Raritan head
- Teak flooring
- Brushed nickle fixtures throughout
- Spacious shower with seating
- Three (3) cedar lined closets forward and aft
- Two (2) teak top night stands with storage beneath

## Guest Stateroom, Port

- Guest stateroom to port, spacious double bed with storage under and teak sea rail
- Panasonic flat screen TV
- Cedar-lined drawers beneath (4)

- Cedar-lined closet
- Full guest head with spacious shower, single vanity with sink

### Guest Stateroom, Starboard

- Guest/crew stateroom to starboard with stack berths
- Hanging closet with four (4) drawer lower storage
- Eyeball reading lights
- Full guest/crew head, teak floor, with access from stateroom or companionway

### Deck and Hull

- Anchor locker

### Flybridge

- Strataglass 5-sided enclosure with vents
- Release Marine helm chairs
- Rupp 43' triple spreader riggers

### Electronics and Navigation

- Furuno NavNet 12 kw
- Northstar 962
- Northstar 952X
- 1201 Northstar Black Box
- Simrad AP22
- KVH phone & TV
- Icom 127 VHF (2)
- SSB Icom 802
- RD-30 Furuno Fireboy
- ACR spotlight

### Electrical System

- Northern Lights 20 kw gen
- 100 amp service avail

- Two (2) 50 amps

## Engine and Mechanical Equipment

- 3412 CATs, 2000 hr, 95 gal gph fuel burn at cruise
- Twin Disc transmission
- Twin Disc controls

## Tower

- Pipewelders tower with single lever controls

## Cockpit

- Mezzanine w/ C-Worthy cushions
- Release Marine fighting chair
- Custon Pipewelders ladder with teak steps
- Transom livewell
- Eskimo Icemaker
- Sea Recovery 200 watermaker
- Two (2) drinkboxes
- Two (2) freezers

## Exclusions

Owners personal effects, fishing rods, reels, tackle, gear and tools.

## Disclaimer

The Company offers the details of this vessel in good faith but cannot guarantee or warrant the accuracy of this information nor warrant the condition of the vessel. A buyer should instruct his agents, or his surveyors, to investigate such details as the buyer desires validated. This vessel is offered subject to prior sale, price change, or withdrawal without notice.

## Photos















Spencer Yachts Custom Carolina Sportfish – Wrenegade

Page 7 of 12

USA-076257















Spencer Yachts Custom Carolina Sportfish – Wrenegade








Spencer Yachts Custom Carolina Sportfish - Wrenegade









