**United States**  **of America**

**Department of the Treasury**
**Internal Revenue Service**

Date: January 18, 2024

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed: is a true copy of Form 4180, Report of Interview with Individual Relative to Trust Fund Recovery Penalty or Personal Liability for Excise Taxes, signed September 20, 2016, for Paul Walczak, SSN: ███████1239, consisting of four (4) pages

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By the direction of the Secretary of the Treasury:

*Angela Blewett-Wilson*

Angela Blewett-Wilson
Supervisory Investigative Analyst
Internal Revenue Service-Criminal Investigation
Delegation Order 11-5

Catalog Number 19002E
TLA 01/18/2024

*U.S. GPO: 1997-417-690/61741

Form **2866** (Rev. 09-97)

| Form **4180** (August 2012) | Department of the Treasury - Internal Revenue Service **Report of Interview with Individual Relative to Trust Fund Recovery Penalty or Personal Liability for Excise Taxes** Instructions: The interviewer *must* prepare this form either in person or via telephone. *Do not* leave any information blank. Enter "N/A" if an item is not applicable. |
|---|---|

| 1. Name Paul Walczak | 2. Social Security Number *(SSN)* ████ 239 |
|---|---|

3. Address ████████
Palm Bch Gardens, FL 33410

4. Home telephone number ████████

5. Work telephone number ████████

| 6. Name of Business and Employer Identification Number *(EIN)* 27-3088110 | 7. Did you use a third-party payer, such as a payroll service? ☑ Yes *(If yes complete Section VI A)* ☐ No |
|---|---|

8. What was your job title and how were you associated with the business? *(Describe your duties and responsibilities and dates of employment.)* If person being interviewed is a payroll service provider or a professional employer organization, complete Section VI B

Manager

1. State whether you performed any of the duties / functions listed below for the business and the time periods during which you performed these duties.

| Did you... | Yes | No | Dates From | To |
|---|---|---|---|---|
| a. Determine financial policy for the business? | ☑ | ☐ | 2012 — |  |
| b. Direct or authorize payments of bills/creditors? | ☑ | ☐ | '' | '' |
| c. Prepare, review, sign, or authorize transmit payroll tax returns? | ☑ | ☐ | '' | '' |
| d. Have knowledge withheld taxes were not paid? | ☑ | ☐ | '' | '' |
| e. Authorize payroll? | ☑ | ☐ | '' | '' |
| f. Authorize or make Federal Tax Deposits? | ☑ | ☐ | '' | '' |
| g. Authorize the assignment of any EFTPS or electronic banking PINS/passwords? | ☑ | ☐ | '' | '' |
| h. Could other individuals do any of the above? *(Complete Section IV and V)* Name   N/A   Contact Number | ☐ | ☐ | | |

i. Have signature authority or PIN assignment on business bank accounts?
Bank Name(s)   Regions   Account Number(s) ████████

I declare that I have examined the information given in this interview and to the best of my knowledge and belief, it is true, correct, and complete.

| Signature of person interviewed | Date 9·20·2016 |
|---|---|
| Signature of Interviewer   A. Laybourne | Date 9/20/2016 |

Date copy of completed interview form given to person interviewed ▶ 9/20/2016

| Taxpayer Statement on Page 4: ☐ Yes ☑ No | Interview Continued on subsequent pages? ☐ Yes ☐ No |
|---|---|

Interview Handouts ("X" if given or explain why not in case history.)
☑ Notice 609, Privacy Act Notice      ☑ Notice 784, Could You be Personally Liable for Certain Unpaid Federal Taxes?

| Catalog Number 22710P | www.irs.gov | Form **4180** (Rev. 8-2012) |
|---|---|---|

Page 2

**1. List corporate positions below, identifying the persons who occupied them and their dates of service.**

| Position (e.g. president, director) | Name | Address | Dates |
|---|---|---|---|
| Manager | Paul Walczak | | 2012-present |
| Manager | Elizabeth Fago | | 2012-present |
| | | | |

**2. Did/does the business use the Electronic Federal Tax Payment System (EFTPS) to make Federal Tax Deposits (FTD's) or payments?**

☐ No
☑ Yes    If yes, to whom are the PINS or passwords assigned

**3. Other than the EFTPS, does the business do any other banking electronically?**

☑ No
☐ Yes    Where
To whom are the PINs/passwords assigned

**4. Does the business file Form 941 electronically?**

☐ No    Who is authorized to sign Form 941
☑ Yes    Who files the returns electronically    Payral Resource

**1. During the time the delinquent taxes were increasing, or at any time thereafter, were any financial obligations of the business paid?**
*(such as rent, mortgage, utilities, vehicle or equipment loans, or payments to vendors)*

☐ No
☑ Yes    Which obligations were paid?
Employee
Who authorized them to be paid?
P. Walczak

**2. Were all or a portion of the payrolls met?**

☐ No
☑ Yes
Who authorized    P. Walczak

**3. Did any person or organization provide funds to pay net corporate payroll?**

☑ No
☐ Yes (explain in detail and provide name)
Palm Health Partners

**4. When and how did you first become aware of the unpaid taxes?**

Jan. 2016 – didn't have enough money to pay FTDs

**5. What actions did you attempt to see that the taxes were paid?**

Financing | Refinancing related entity

**6. Were discussions ever held by stockholders, officers, or other interested parties regarding nonpayment of the taxes?**

☐ No
☑ Yes

Identify who attended, dates, any decisions reached, and whether any documentation is available.

Elizabeth Fago – P. Walczak – discussed refinancing

**7. Who handled IRS contacts such as phone calls, correspondence, or visits by IRS personnel?**

P. Walczak

When did these contacts take place, and what were the results of these contacts?

Discussed payment of taxes

USA-216102

| | |
|---|---|
| 1. Who signed the service contract or entered into the agreement for services with the third-party payer? | 2. Who in the business handled the contacts with the third-party payer? |
| 3. Who was your contact at the third-party payer? | 4. How were funds to be made available for the third-party payer to pay the taxes?<br><br>Name of Bank(s) and Account number(s) from which funds were to be transferred. |
| 5. What actions did you take to verify the third-party payer was filing returns, or making required payments? | 6. Were funds available for the third-party payer to use for payment of the taxes?<br>☐ Yes  ☐ No<br>If yes, explain in detail how and when the money was transferred to the third-party. |
| 7. Were you aware that the third-party payer was not making the required payments?<br><br>☐ Yes  ☐ No | 8. Did you receive IRS notices indicating that the employment tax returns were not filed, or that the employment taxes were not paid?<br>☐ Yes  ☐ No |

| | |
|---|---|
| 1. Who in your organization handled the contacts with the client? | 2. Who was your contact at the client business? |
| 3. Who at the client business signed the service contract or entered into the agreement for services? | 4. Who had control over the payments of the client's employment taxes? |

5. How were funds to be made available from the client business to pay the taxes?

| Bank Name(s) | Account Number(s) |
|---|---|
| | |

6. Were there funds actually available for you to make the tax payments?
☐ Yes  ☐ No
If yes, explain in detail how and when the money was transferred to the third-party.

If no, what actions did you take to attempt to collect the funds from the client?

| | |
|---|---|
| 1. Are you aware of any required excise tax returns which have not been filed?<br>☐ No  ☐ Yes *(list periods)* | 2. With respect to excise taxes, were the patrons or customers informed that the tax was included in the sales price?<br>☐ No  ☐ Yes |
| 3. If the liability is one of the "collected" taxes *(transportation of persons or property and communications)*, was the tax collected?<br>☐ No  ☐ Yes | 4. Were you aware, during the period tax accrued, that the law required collection of the tax?<br>☐ No  ☐ Yes |

Catalog Number 22710P              www.irs.gov              Form **4180** (Rev. 8-2012)

USA-216103

**Additional Information**

I declare that I have examined the information given in this interview and to the best of my knowledge and belief, it is true, correct, and complete.

| Signature of person interviewed | Date 9.20.2016 |
|---|---|
| Signature of interviewer  D. Laybourne | Date 9/20/2016 |
| Date copy of completed interview form given to person interviewed ▶ | |

Interview Handouts ("X" if given or explain why not in case history.)

☑ Notice 609, Privacy Act Notice          ☑ Notice 784, Could You be Personally Liable for Certain Unpaid Federal Taxes?

Catalog Number 22710P                    www.irs.gov                    Form 4180 (Rev. 8-2012)

GPO U.S. GOVERNMENT PRINTING OFFICE: 2013—646-777