Alan L. Weisberg
Dennis G. Kainen
Brielle L. Mark
Quinton L. Weisberg

# Weisberg Kainen Mark 



February 2, 2024

Internal Revenue Service
51 SW 1st Ave.
Miami, FL 33130

**Hand-Delivered**

> **Re:** **Paul M. Walczak, SSN** ▮▮▮**-1239**
> **TFRP Tax Liabilities Payments in Full**
> **1ˢᵗ Quarter 2016 $556,190.52**
> **2ⁿᵈ Quarter 2016 $1,719,776.78**
> **3ʳᵈ Quarter 2016 $1,707,142.50**
> **3ʳᵈ Quarter 2017 $661,718.94**

Dear IRS:

Please be advised that our law firm, Weisberg Kainen Mark, PL represents taxpayer, Paul M. Walczak. We have previously submitted our Power of Attorney but are including another copy at this time for your convenience.

We are very pleased that on behalf of Mr. Walczak, we are now enclosing four separate checks which we believe should fully pay off all of (the Trust Fund Recovery Penalties) owed by our client for the first, second, and third quarters of 2016 and the third quarter of 2017. **These four payments total $4,644,828.74.**

On December 15, 2023, almost seven weeks ago, we delivered three checks to the IRS. A copy of our three cover letters each dated December 15, 2023 and hand-stamped as "received by the IRS" on that same date, paid in full the first quarter of 2018 in the amount of $1,063,775.41; full payment for the fourth quarter of 2017 in the amount of $1,372,062.66; and a partial payment for the third quarter of 2017 in the amount of $964,161.93. **These three payments total $3,400,000.00.**

The total of these seven payments plus other payments previously made, which are reflected on the account transcripts, should fully pay all of the all of the trust fund recovery liabilities assessed against Mr. Walczak.

Regrettably, when we reviewed the enclosed IRS transcripts on January 31, 2024, these December 15, 2023 payments are not reflected as paying off or reducing the balance of those respective quarters. Accordingly, we have made our best efforts to calculate the balances for the three remaining quarters in 2016 and the partial remaining balance for the third quarter of 2017.

Ever since these liabilities arose Mr. Walczak has informed the IRS through

1401 Brickell Avenue, Suite 800   Miami, FL 33131   T 305 374 5544   F 305 358 8565   wkm-law.com
aweisberg@wkm-law.com   dkainen@wkm-law.com   bmark@wkm-law.com   qweisberg@wkm-law.com

various revenue officers and later Department of Justice lawyers that he intended to pay these liabilities in full.   Because of the various financial setbacks outside of his control, and all of which he informed the assigned revenue officers, he was unable to immediately pay the liabilities.   He has on multiple occasions informed the IRS that he was confident that the industry leading business model built through his experience in the skilled nursing senior living health-care industry over the decades would provide a definitive opportunity to meet this obligation. Recently, because of a successful business deal which took nearly three years and very hard work to bring to financial fruition, Mr. Walczak is now able to make these payments as detailed below which we believe should now fully pay all of the outstanding trust fund amounts for which he is personally liable for these payroll periods including interest and any other accruals.

We believe that we have erred on the side of caution and conservatism and have overpaid these quarters as we have paid the amount reflected on the enclosed IRS transcripts dated January 31, 2024, which calculate interest through February 12, 2024 and also include interest on the third quarter of 2017 on the partial payment of $964,161.93 paid on December 15, 2023, for which interest should have stopped. Once the IRS calculates the amounts, we trust that any overpayment will be refunded.

The four checks that we are submitting are specifically designated to the "trust fund portion" for the following periods:

| Period | Amount | Check # |
|---|---|---|
| First quarter 2016 | $556,190.52 | 2062 |
| Second quarter 2016 | $1,719,776.78 | 2063 |
| Third quarter 2016 | $1,707,142.50 | 2064 |
| Third quarter 2017 | $661,718.94 | 2065 |

Please stamp and date the photocopy of this cover letter along with each of the individual cover letters and the copy of the individual checks as "received by the IRS".

The total of today's four checks **$4,644,828.74** when added to the three checks delivered to the IRS on December 15, 2023 totaling **$3,400,000.00**, equal an aggregate total of **$8,044,828.74**.

INTERNAL
W & I - FIELD ASSISTANCE
MIAMI, FL 33130

FEB 0 2 2024

RECEIVED
21109

Very truly yours,

Dennis G. Kainen

Walczak 1404



**WEISBERG KAINEN MARK, PL**
IOLTA TRUST ACCOUNT

MIAMI, FL 33131
(305) 374-5544

2063

2/2/2024

PAY TO THE
ORDER OF — United States Treasury

$ **1,719,776.78

One Million Seven Hundred Nineteen Thousand Seven Hundred Seventy-Six and 78/100*************************** DOLLARS

Internal Revenue Service
P.O. Box 1214
Charlotte. NC 28201-1214

MEMO   Paul Walczak, S            239; Specifically designated to:
Sec. 6672 Trust Fund Recovery for 2nd Quarter of 2016

Dennis L. Kainen

Walczak 1406

**WEISBERG KAINEN MARK, PL**
IOLTA TRUST ACCOUNT

MIAMI, FL 33131
(305) 374-5544

2064

2/2/2024

PAY TO THE
ORDER OF ___ United States Treasury ___

$ **1,707,142.50

One Million Seven Hundred Seven Thousand One Hundred Forty-Two and 50/100******************************************* DOLLARS

Internal Revenue Service
P.O. Box 1214
Charlotte, NC 28201-1214

MEMO   Paul Walczak, [redacted] 1239: Specifically designated to:
Sec. 6672 Trust Fund Recovery for 3rd Quarter of 2016

Dennis G. Kainen

INTERNAL REVENUE SERVICE
W & I - FIELD ASSISTANCE
MIAMI

2024

RECEIVED
21109

**WEISBERG KAINEN MARK, PL**

2065

(305) 374-5544

2/2/2024

PAY TO THE
ORDER OF —— United States Treasury ———————————————————————————— $ **661,718.94

Six Hundred Sixty-One Thousand Seven Hundred Eighteen and 94/100************************************************* DOLLARS

Internal Revenue Service
P.O. Box 1214
Charlotte, NC 28201-1214

MEMO    Paul Walczak, _____ 239; Specifically designated to.
Sec. 6672 Trust Fund Recovery for 3rd Quarter of 2017

Dennis F. Kainen

INTERNAL REVENUE SER
W & I  FIELD ASSISTAN

2024

VED
109

Walczak 1408

| Form **2848**<br>(Rev. January 2021)<br>Department of the Treasury<br>Internal Revenue Service | **Power of Attorney**<br>**and Declaration of Representative**<br>▶ Go to *www.irs.gov/Form2848* for instructions and the latest information. | OMB No. 1545-0150<br>For IRS Use Only<br>Received by<br>Name<br>Telephone<br>Function<br>Date ___/___/___ |
|---|---|---|

**Part I   Power of Attorney**

**Caution:** A separate Form 2848 must be completed for each taxpayer. Form 2848 will not be honored for any purpose other than representation before the IRS.

**1   Taxpayer information.** Taxpayer must sign and date this form on page 2, line 7.

| Taxpayer name and address<br>~~Paul M. Walczak~~<br>Palm Beach Gardens, FL 33410 | Taxpayer identification number(s)<br>▇▇▇-1239 | |
|---|---|---|
| | Daytime telephone number<br>▇▇6544 | Plan number (if applicable) |

hereby appoints the following representative(s) as attorney(s)-in-fact:

**2   Representative(s)** must sign and date this form on page 2, Part II.

| Name and address<br>Dennis G. Kainen, Esq.<br>Miami, Florida 33131<br>Check if to be sent copies of notices and communications ☒ | CAF No. ____<br>PTIN _____<br>Telephone No.<br>Fax No.<br>Check if new: Address ☐   Telephone No. ☐   Fax No. ☐ |
|---|---|
| Name and address<br>Alan L. Weisberg, Esq.<br>Miami, Florida 33131<br>Check if to be sent copies of notices and communications ☐ | CAF No. ____<br>PTIN _____<br>Telephone No.<br>Fax No.<br>Check if new: Address ☐   Telephone No. ☐   Fax No. ☐ |
| Name and address<br>~~Brielle L. Mark, Esq.~~<br>~~Miami, Florida 33131~~<br>(Note: IRS sends notices and communications to only two representatives.) | CAF No. ___<br>PTIN ____<br>Telephone No.<br>Fax No.<br>Check if new: Address ☐   Telephone No. ☐   Fax No. ☐ |
| Name and address<br>Quinton L. Weisberg, Esq.<br>Miami, Florida 33131<br>(Note: IRS sends notices and communications to only two representatives.) | CAF No. __<br>PTIN ____<br>Telephone No<br>Fax No.<br>Check if new: Address ☐   Telephone No. ☐   Fax No. ☐ |

to represent the taxpayer before the Internal Revenue Service and perform the following acts:

**3   Acts authorized (you are required to complete line 3).** Except for the acts described in line 5b, I authorize my representative(s) to receive and inspect my confidential tax information and to perform acts I can perform with respect to the tax matters described below. For example, my representative(s) shall have the authority to sign any agreements, consents, or similar documents (see instructions for line 5a for authorizing a representative to sign a return).

| Description of Matter (Income, Employment, Payroll, Excise, Estate, Gift, Whistleblower, Practitioner Discipline, PLR, FOIA, Civil Penalty, Sec. 4980H Shared Responsibility Payment, etc.) (see instructions) | Tax Form Number<br>(1040, 941, 720, etc.) (if applicable) | Year(s) or Period(s) (if applicable)<br>(see instructions) |
|---|---|---|
| Income | 1040 | 2012 through 2023 |
| Civil Penalty | 6672 | 2012 through 2023<br>ALL QUARTERS |
| Separate Assessment | 1040/6672 | 2012 through 2023<br>ALL QUARTERS |

**4   Specific use not recorded on the Centralized Authorization File (CAF).** If the power of attorney is for a specific use not recorded on CAF, check this box. See *Line 4. Specific Use Not Recorded on CAF* in the instructions . . . . . . . . . . . . . . . . . . . ▶ ☐

**5a   Additional acts authorized.** In addition to the acts listed on line 3 above, I authorize my representative(s) to perform the following acts (see instructions for line 5a for more information): ☐ Access my IRS records via an Intermediate Service Provider;

☐ Authorize disclosure to third parties;   ☐ Substitute or add representative(s);   ☐ Sign a return; _____

_____

☐ Other acts authorized: _____

For Privacy Act and Paperwork Reduction Act Notice, see the instructions.          Form **2848** (Rev. 1-2021)
DXA

Form 2848 (Rev. 1-2021)   Paul M. Walczak                                    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          Page **2**

**b   Specific acts not authorized.** My representative(s) is (are) not authorized to endorse or otherwise negotiate any check (including directing or accepting payment by any means, electronic or otherwise, into an account owned or controlled by the representative(s) or any firm or other entity with whom the representative(s) is (are) associated) issued by the government in respect of a federal tax liability.
List any other specific deletions to the acts otherwise authorized in this power of attorney (see instructions for line 5b): _ _ _ _ _ _ _ _ _ _ _ _ _
_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

**6   Retention/revocation of prior power(s) of attorney.** The filing of this power of attorney automatically revokes all earlier power(s) of attorney on file with the Internal Revenue Service for the same matters and years or periods covered by this form. If you **do not** want to revoke a prior power of attorney, check here  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐
**YOU MUST ATTACH A COPY OF ANY POWER OF ATTORNEY YOU WANT TO REMAIN IN EFFECT.**

**7   Taxpayer declaration and signature.** If a tax matter concerns a year in which a joint return was filed, each spouse must file a separate power of attorney even if they are appointing the same representative(s). If signed by a corporate officer, partner, guardian, tax matters partner, partnership representative (or designated individual, if applicable), executor, receiver, administrator, trustee, or individual other than the taxpayer, I certify I have the legal authority to execute this form on behalf of the taxpayer.

▶ **IF NOT COMPLETED, SIGNED, AND DATED, THE IRS WILL RETURN THIS POWER OF ATTORNEY TO THE TAXPAYER.**

| Signature | Date 4·19·21 | Title (if applicable) |

Paul M. Walczak
Print name                                              Print name of taxpayer from line 1 if other than individual

**Part II   Declaration of Representative**

Under penalties of perjury, by my signature below I declare that:
• I am not currently suspended or disbarred from practice, or ineligible for practice, before the Internal Revenue Service;
• I am subject to regulations in Circular 230 (31 CFR, Subtitle A, Part 10), as amended, governing practice before the Internal Revenue Service;
• I am authorized to represent the taxpayer identified in Part I for the matter(s) specified there; and
• I am one of the following:

a   Attorney - a member in good standing of the bar of the highest court of the jurisdiction shown below.
b   Certified Public Accountant - a holder of an active license to practice as a certified public accountant in the jurisdiction shown below.
c   Enrolled Agent - enrolled as an agent by the IRS per the requirements of Circular 230.
d   Officer - a bona fide officer of the taxpayer organization.
e   Full-Time Employee - a full-time employee of the taxpayer.
f   Family Member - a member of the taxpayer's immediate family (spouse, parent, child, grandparent, grandchild, step-parent, step-child, brother, or sister).
g   Enrolled Actuary - enrolled as an actuary by the Joint Board for the Enrollment of Actuaries under 29 U.S.C. 1242 (the authority to practice before the IRS is limited by section 10.3(d) of Circular 230).
h   Unenrolled Return Preparer - Authority to practice before the IRS is limited. An unenrolled return preparer may represent, provided the preparer (1) prepared and signed the return or claim for refund (or prepared if there is no signature space on the form); (2) was eligible to sign the return or claim for refund; (3) has a valid PTIN; and (4) possesses the required Annual Filing Season Program Record of Completion(s). **See Special Rules and Requirements for Unenrolled Return Preparers** *in the instructions for additional information.*
k   Qualifying Student or Law Graduate - receives permission to represent taxpayers before the IRS by virtue of his/her status as a law, business, or accounting student, or law graduate working in a LITC or STCP. See instructions for Part II for additional information and requirements.
r   Enrolled Retirement Plan Agent - enrolled as a retirement plan agent under the requirements of Circular 230 (the authority to practice before the Internal Revenue Service is limited by section 10.3(e)).

▶ **IF THIS DECLARATION OF REPRESENTATIVE IS NOT COMPLETED, SIGNED, AND DATED, THE IRS WILL RETURN THE POWER OF ATTORNEY. REPRESENTATIVES MUST SIGN IN THE ORDER LISTED IN PART I, LINE 2.**

**Note:** For designations d-f, enter your title, position, or relationship to the taxpayer in the "Licensing jurisdiction" column.

| Designation - Insert above letter (a-r). | Licensing jurisdiction (State) or other licensing authority (if applicable) | Bar, license, certification, registration, or enrollment number (if applicable) | Signature | Date |
|---|---|---|---|---|
| a | FL | 339393 | Darrin F. Keen | 4/20/21 |
| a | FL | 169970 | ALL Winter | 4/20/2021 |
| a | FL | 0721956 | Brielle Y M | 4/20/2021 |
| a | FL | 118499 | Stan Lewis | 4-20-2021 |
|   |   |   |   |   |

DXA                                                                 Form **2848** (Rev. 1-2021)

This Product Contains Sensitive Taxpayer Data

# Account Transcript

Request Date: 01-30-2024
Response Date: 01-30-2024
Tracking Number: 103476414486

FORM NUMBER:    CIVIL PENALTY
TAX PERIOD:     Mar. 31, 2016

TAXPAYER IDENTIFICATION NUMBER:   XXX-XX-1239

PAUL M WALC



<<<<POWER OF ATTORNEY/TAX INFORMATION AUTHORIZATION (POA/TIA) ON FILE>>>>

--- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

ACCOUNT BALANCE:                                    377,700.42
ACCRUED INTEREST:                                   178,490.10      AS OF: Feb. 12, 2024

ACCOUNT BALANCE PLUS ACCRUALS
(this is not a payoff amount):                      556,190.52

** INFORMATION FROM THE RETURN OR AS ADJUSTED **

TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|------|----------------------------|-------|------|--------|
| 240 | Miscellaneous penalty<br>IRC 6672 Trust Fund Recovery Penalty<br>04-10-2027 | 20171205 | 04-10-2017 | $1,012,060.36 |
| n/a | 82254-476-52062-7 | | | |
| 290 | Additional tax assessed<br>00-00-0000 | 20171205 | 04-10-2017 | $0.00 |
| n/a | 82254-476-52062-7 | | | |
| 971 | Notice issued<br>CP 015B | | 04-10-2017 | $0.00 |
| 971 | Collection due process Notice of Intent to Levy -- issued | | 05-13-2017 | $0.00 |
| 971 | Collection due process Notice of Intent to Levy -- return receipt signed | | 06-21-2017 | $0.00 |
| 582 | Lien placed on assets due to balance owed | | 06-30-2017 | $0.00 |
| 360 | Fees and other expenses for collection | | 07-31-2017 | $20.00 |
| 971 | Issued notice of lien filing and right to Collection Due Process hearing | | 07-05-2017 | $0.00 |
| 971 | First Levy Issued on Module | | 06-01-2017 | $0.00 |
| 971 | First Levy Issued on Module | | 08-28-2017 | $0.00 |
| 960 | Appointed representative | | 02-13-2018 | $0.00 |
| 706 | Credit transferred in from<br>1040 201512 | | 04-15-2016 | -$16,951.00 |
| 706 | Credit transferred in from<br>1040 201412 | | 04-15-2015 | -$3,760.00 |
| 670 | Payment<br>Miscellaneous Payment | | 05-21-2018 | -$24,000.00 |
| 971 | Passport certified seriously delinquent tax debt | | 07-16-2018 | $0.00 |
| 960 | Appointed representative | | 10-13-2018 | $0.00 |
| 706 | Credit transferred in from<br>1040 201612 | | 04-15-2017 | -$26,630.00 |
| 971 | Notice issued<br>CP 071D | | 12-17-2018 | $0.00 |
| 196 | Interest charged for late payment | 20184805 | 12-17-2018 | $93,771.06 |
| 960 | Appointed representative | | 05-31-2019 | $0.00 |
| 706 | Credit transferred in from<br>1040 201712 | | 04-15-2018 | -$26,630.00 |
| 670 | Payment | | 11-30-2020 | -$100,000.00 |

| 706 | Credit transferred in from 1040 201612 | | 11-02-2020 | -$100,000.00 |
| 670 | Payment | | 04-26-2021 | -$50,000.00 |
| 706 | Credit transferred in from 1040 201612 | | 01-11-2021 | -$100,000.00 |
| 670 | Payment | | 05-28-2021 | -$25,000.00 |
| 670 | Payment | | 02-08-2021 | -$100,000.00 |
| 670 | Payment | | 03-01-2021 | -$100,000.00 |
| 706 | Credit transferred in from 1040 201812 | | 04-15-2019 | -$27,250.00 |
| 706 | Credit transferred in from 1040 201912 | | 04-15-2020 | -$4,170.00 |

This Product Contains Sensitive Taxpayer Data

This Product Contains Sensitive Taxpayer Data

# Account Transcript

Request Date:   01-31-2024
Response Date:  01-31-2024
Tracking Number:  104971940

FORM NUMBER:     CIVIL PENALTY
TAX PERIOD:      Jun. 30, 2016

TAXPAYER IDENTIFICATION NUMBER:   XXX-XX-1233

PAUL M WALC

INTERNAL REVENUE SERVICE
W & I FIELD ASSISTANCE
MIAMI FL 33130

FEB 0 7 RECD

RECEIVED
21109

<<<<POWER OF ATTORNEY/TAX INFORMATION AUTHORIZATION (POA/TIA) ON FILE>>>>

--- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

ACCOUNT BALANCE:                                1,334,259.38
ACCRUED INTEREST:                                 385,517.70      AS OF: Feb. 12, 2024

ACCOUNT BALANCE PLUS ACCRUALS
(this is not a payoff amount):                  1,719,776.78

** INFORMATION FROM THE RETURN OR AS ADJUSTED **

TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|---|---|---|---|---|
| 240 | Miscellaneous penalty<br>IRC 6672 Trust Fund Recovery Penalty<br>04-10-2017 | 20171505 | 04-10-2017 | $1,238,279.63 |
| n/a | 82254-476-52010-7 | | | |
| 290 | Additional tax assessed<br>00-00-0000 | 20171205 | 04-10-2017 | $0.00 |
| n/a | 82254-476-52010-7 | | | |
| 971 | Notice issued<br>CP 015B | | 04-10-2017 | $0.00 |
| 971 | Collection due process Notice of Intent to Levy -- issued | | 06-13-2017 | $0.00 |
| 971 | Collection due process Notice of Intent to Levy -- return receipt signed | | 06-21-2017 | $0.00 |
| 582 | Lien placed on assets due to balance owed | | 06-30-2017 | $0.00 |
| 971 | Issued notice of lien filing and right to Collection Due Process hearing | | 07-05-2017 | $0.00 |
| 971 | First Levy Issued on Module | | 08-01-2017 | $0.00 |
| 971 | First Levy Issued on Module | | 08-28-2017 | $0.00 |
| 960 | Appointed representative | | 02-13-2018 | $0.00 |
| 971 | Passport certified seriously delinquent tax debt | | 07-16-2018 | $0.00 |
| 960 | Appointed representative | | 10-10-2018 | $0.00 |
| 971 | Notice issued<br>CP 071D | | 12-17-2018 | $0.00 |
| 196 | Interest charged for late payment | 20184605 | 12-17-2018 | $95,979.25 |
| 960 | Appointed representative | | 05-31-2019 | $0.00 |

This Product Contains Sensitive Taxpayer Data

This Product Contains Sensitive Taxpayer Data

# Account Transcript

Request Date: 01-31-2024
Response Date: 01-31-2024
Tracking Number: 1 047e61700

FORM NUMBER:          CIVIL PENALTY
TAX PERIOD:           Sep. 30, 2011

TAXPAYER IDENTIFICATION NUMBER:   XXX-XX-1239

PAU M WAIC

<<<<POWER OF ATTORNEY/TAX INFORMATION AUTHORIZATION (POA/TIA) ON FILE>>>>

--- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

ACCOUNT BALANCE:                              1,324,457.01
ACCRUED INTEREST:                               382,685.49     AS OF: Feb. 12, 2024

ACCOUNT BALANCE PLUS ACCRUALS
(this is not a payoff amount):                1,707,142.50

** INFORMATION FROM THE RETURN OR AS ADJUSTED **

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|---|---|---|---|---|
| 263 | Miscellaneous penalty<br>IRC 6672 Trust Fund Recovery Penalty<br>06-19-2017 | 20172205 | 06-19-2017 | $1,236,609.10 |
| n/a | 83254-551-52047-7 | | | |
| 290 | Additional tax assessed<br>00-00-0000 | 20172203 | 06-19-2017 | $0.00 |
| n/a | 83254-551-52047-7 | | | |
| 971 | Notice issued<br>CP 015B | | 06-19-2017 | $0.00 |
| 971 | Collection due process Notice of Intent to Levy -- issued | | 07-18-2017 | $0.00 |
| 582 | Lien placed on assets due to balance owed | | 07-28-2017 | $0.00 |
| 360 | Fees and other expenses for collection | | 08-21-2017 | $80.00 |
| 971 | Issued notice of lien filing and right to Collection Due Process hearing | | 08-01-2017 | $0.00 |
| 971 | Collection due process Notice of Intent to Levy -- refused or unclaimed | | 09-05-2017 | $0.00 |
| 971 | First Levy Issued on Module | | 02-12-2018 | $0.00 |
| 960 | Appointed representative | | 02-13-2018 | $0.00 |
| 971 | Passport certified seriously delinquent tax debt | | 07-16-2018 | $0.00 |
| 960 | Appointed representative | | 10-10-2018 | $0.00 |
| 971 | Notice issued<br>CP 071D | | 12-17-2018 | $0.00 |
| 196 | Interest charged for late payment | 20184905 | 12-17-2018 | $85,806.91 |
| 960 | Appointed representative | | 05-31-2019 | $0.00 |

This Product Contains Sensitive Taxpayer Data

This Product Contains Sensitive Taxpayer Data

# Account Transcript

Request Date:
Response Date:
Tracking Number:

FORM NUMBER:        CIVIL PENALTY
TAX PERIOD:         Sep. 30, 2017

TAXPAYER IDENTIFICATION NUMBER:   XXX-XX-1739

PAUL M WALC

INTERNAL REVENUE SERVICE
W & I   FIELD ASSISTANCE
MIAMI FL   33130

<<<<POWER OF ATTORNEY/TAX INFORMATION AUTHORIZATION (POA/TIA) ON FILE>>>>

--- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

RECEIVED
21109
AS OF Feb. 12, 2024

ACCOUNT BALANCE:                          1,255,378.74
ACCRUED INTEREST:                           370,502.13

ACCOUNT BALANCE PLUS ACCRUALS
(this is not a payoff amount):            1,625,880.87

** INFORMATION FROM THE RETURN OR AS ADJUSTED **

TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|------|----------------------------|-------|------|--------|
| 263 | Miscellaneous penalty IRC 6672 Trust Fund Recovery Penalty 05-24-2028 | 20184305 | 11-12-2018 | $1,255,358.74 |
| n.a | 81254-697-50027-8 | | | |
| 290 | Additional tax assessed 00-00-0000 | 20184305 | 11-12-2018 | $0.00 |
| n/a | 81254-697-52027-8 | | | |
| 960 | Appointed representative | | 10-10-2018 | $0.00 |
| 971 | Notice issued CP 015B | | 11-12-2018 | $0.00 |
| 582 | Lien placed on assets due to balance owed | | 12-14-2018 | $0.00 |
| 360 | Fees and other expenses for collection | | 01-07-2019 | $20.00 |
| 971 | Collection due process request received timely | | 01-26-2019 | $0.00 |
| 520 | Bankruptcy or other legal action filed | | 01-26-2019 | $0.00 |
| 971 | Undeliverable notice of lien filing and right to Collection Due Process hearing | | 02-11-2019 | $0.00 |
| 960 | Appointed representative | | 05-31-2019 | $0.00 |
| 521 | Removed bankruptcy or other legal action | | 08-07-2019 | $0.00 |
| 971 | Collection due process (hearing) resolved by Appeals - Notice of Determination letter issued, you waived judicial review or withdrew the hearing request | | 11-07-2019 | $0.00 |

This Product Contains Sensitive Taxpayer Data

Alan L. Weisberg
Dennis G. Kainen
Brielle L. Mark
Quinton L. Weisberg

Weisberg Kainen Mark 

December 15, 2023

Internal Revenue Service
51 SW 1st Ave.
Miami, FL 33130

**Hand-Delivered**

Re: **Paul M. Walczak, SSN         239**
    **Trust Fund Recovery Penalty**
    **Tax Period Ending March 31, 2018**

Dear IRS:

    In response to the IRS Civil Penalty Account Transcript ("Account Transcript") dated December 7, 2023, a copy of which is enclosed, listing the trust fund recovery penalty and accruals owed by the taxpayer, Paul M. Walczak, as of December 18, 2023, I am enclosing herewith full payment of **$1,063,775.41**, as follows:

| Type | Tax Period | Account Balance Plus Accruals as of December 18, 2023 | Amount Paid | Check Number |
|------|-----------|----------------------------------|-------------|--------------|
| Civil Penalty - Trust Fund Recovery Penalty | 03/31/2018 | **$1,063,775.41** | **$1,063,775.41** | 2057 |

    Ever since the liability arose, the taxpayer informed the IRS through various revenue officers that he intended to pay the liability in full. Because of various financial setbacks outside of his control, and all of which he informed the assigned revenue officers, he was unable to immediately pay the liability.   He has on multiple occasions informed the IRS that he was waiting to receive funds from investors based on his well-studied business plan based on his experience in the assisted living-facility health-care industry.   Based on a successful business deal, which took a lengthy time of very hard work to bring to financial fruition, he is now able to make this payment in the amount of **$1,063,775.41** which includes all penalties and accrued interest.

    This check contains a notation that the payment is specifically designated to pay the 3/31/2018 trust fund recovery penalty, and lists the taxpayer's name and social security number.   Please see that this payment is properly applied and designated to the taxpayer's trust fund recovery penalty and accruals, and to the

1401 Brickell Avenue, Suite 800 / Miami, Florida 33131 / T 305 374 5544 / F 305 358 8565   wkm-law.com
aweisberg@wkm-law.com / dkainen@wkm-law.com / bmark@wkm-law.com / qweisberg@wkm-law.com

specified tax period: 3/31/2018.   Because the Account Transcript states that "this is not a payoff amount," to the extent there are any additional accruals, kindly inform us as it is our intention to pay this quarter in full.

Please stamp and date the photocopy of the check (check # 2057), in the amount of **$1,063,775.41**, and this letter as "received" by the IRS.

Very truly yours,

Dennis G. Kainen

This Product Contains Sensitive Taxpayer Data

# Account Transcript

| | |
|---|---|
| Request Date: | 12-07-2023 |
| Response Date: | 12-07-2023 |
| Tracking Number: | 105268940300 |

FORM NUMBER:    CIVIL PENALTY
TAX PERIOD:     Mar. 31, 2018

TAXPAYER IDENTIFICATION NUMBER:   XXX-XX-1239

PAU M WALC

<<<<POWER OF ATTORNEY/TAX INFORMATION AUTHORIZATION (POA/TIA) ON FILE>>>>

--- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

| | | |
|---|---|---|
| ACCOUNT BALANCE: | 831,485.54 | |
| ACCRUED INTEREST: | 232,289.87 | AS OF: Dec. 18, 2023 |
| | | |
| ACCOUNT BALANCE PLUS ACCRUALS (this is not a payoff amount): | 1,063,775.41 | |

** INFORMATION FROM THE RETURN OR AS ADJUSTED **

| | TRANSACTIONS | | | |
|---|---|---|---|---|
| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
| 240 | Miscellaneous penalty<br>IRC 6672 Trust Fund Recovery Penalty<br>05-24-2028 | 20184305 | 11-12-2018 | $831,485.54 |
| n/a | 81254-697-52016-8 | | | |
| 290 | Additional tax assessed<br>00-00-0000 | 20184305 | 11-12-2018 | $0.00 |
| n/a | 81254-697-52016-8 | | | |
| 960 | Appointed representative | | 10-10-2018 | $0.00 |
| 971 | Notice issued<br>CP 0158 | | 11-12-2018 | $0.00 |
| 582 | Lien placed on assets due to balance owed | | 12-14-2018 | $0.00 |
| 971 | Collection due process request received timely | | 01-26-2019 | $0.00 |
| 520 | Bankruptcy or other legal action filed | | 01-26-2019 | $0.00 |
| 971 | Undeliverable notice of lien filing and right to Collection Due Process hearing | | 02-11-2019 | $0.00 |
| 960 | Appointed representative | | 05-31-2019 | $0.00 |
| 521 | Removed bankruptcy or other legal action | | 08-07-2019 | $0.00 |
| 971 | Collection due process (hearing) resolved by Appeals – Notice of Determination<br>letter issued, you waived judicial review or withdrew the hearing request | | 11-07-2019 | $0.00 |

This Product Contains Sensitive Taxpayer Data

Alan L. Weisberg
Dennis G. Kainen
Brielle L. Mark
Quinton L. Weisberg



Weisberg/Kainen/Mark
Attorneys at Law

December 15, 2023

Internal Revenue Service
51 SW 1st Ave.
Miami, FL 33130

**Hand-Delivered**

Re:   **Paul M. Walczak, SSN** ███ **1239**
      **Trust Fund Recovery Penalty**
      **Tax Period Ending March 31, 2018**

RECEIVED
21109

Dear IRS:

In response to the IRS Civil Penalty Account Transcript ("Account Transcript") dated December 7, 2023, a copy of which is enclosed, listing the trust fund recovery penalty and accruals owed by the taxpayer, Paul M. Walczak, as of December 18, 2023, I am enclosing herewith full payment of **$1,063,775.41**, as follows:

| Type | Tax Period | Account Balance Plus Accruals as of December 18, 2023 | Amount Paid | Check Number |
|---|---|---|---|---|
| Civil Penalty – Trust Fund Recovery Penalty | 03/31/2018 | $1,063,775.41 | $1,063,775.41 | 2057 |



Alan L. Weisberg
Dennis G. Kainen
Brielle L. Mark
Quinton L. Weisberg

Weisberg Kainen Mark 

December 15, 2023

Internal Revenue Service
51 SW 1st Ave.
Miami, FL 33130

**Hand-Delivered**

RECEIVED
21109

Re:   **Paul M. Walczak, SSN        1239**
      **Trust Fund Recovery Penalty**
      **Tax Period Ending September 30, 2017**

Dear IRS:

In response to the IRS Civil Penalty Account Transcript ("Account Transcript") dated December 7, 2023, a copy of which is enclosed, listing the trust fund recovery penalty and accruals owed by the taxpayer, Paul M. Walczak, as of December 18, 2023, I am enclosing herewith payment of **$964,161.93**, as follows:

| Type | Tax Period | Account Balance Plus Accruals as of December 18, 2023 | Amount Paid | Check Number |
|------|-----------|------------------------------------------------------|-------------|--------------|
| Civil Penalty - Trust Fund Recovery Penalty | 09/30/2017 | **$1,606,090.33** | **$964,161.93** | 2059 |

Ever since the liability arose, the taxpayer informed the IRS through various revenue officers that he intended to pay the liability in full. Because of various financial setbacks outside of his control, and all of which he informed the assigned revenue officers, he was unable to immediately pay the liability.  He has on multiple occasions informed the IRS that he was waiting to receive funds from investors based on his well-studied business plan based on his experience in the assisted living-facility health-care industry.  Based on a successful business deal, which took a lengthy time of very hard work to bring to financial fruition, he is now able to make this payment in the amount of **$964,161.93**.

This check contains a notation that the payment is specifically designated to pay the 09/30/2017 trust fund recovery penalty, and lists the taxpayer's name and social security number.  Please see that this payment is properly applied and designated to the taxpayer's trust fund recovery penalty, and to the specified tax period: 09/30/2017.

Walczak 1420

Please stamp and date the photocopy of the check (check # 2059), in the amount of **$964,161.93**, and this letter as "received" by the IRS.

Very truly yours,

Dennis G. Kainen

This Product Contains Sensitive Taxpayer Data

# Account Transcript

Request Date:     12-01-2023
Response Date:    12-01-2023
Tracking Number:  105268990389

FORM NUMBER:    CIVIL PENALTY
TAX PERIOD:     Sep. 30, 2017

TAXPAYER IDENTIFICATION NUMBER:    XXX-XX-1739

PAU M WALC

<<<<POWER OF ATTORNEY/TAX INFORMATION AUTHORIZATION (POA/TIA) ON FILE>>>>

--- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

ACCOUNT BALANCE:                              1,255,378.74
ACCRUED INTEREST:                              350,711.59     AS OF: Dec. 18, 2023

ACCOUNT BALANCE PLUS ACCRUALS
(this is not a payoff amount):                1,606,090.33

** INFORMATION FROM THE RETURN OR AS ADJUSTED **

| | TRANSACTIONS | | |
|---|---|---|---|
| **CODE** | **EXPLANATION OF TRANSACTION** | **CYCLE  DATE** | **AMOUNT** |
| 240 | Miscellaneous penalty<br>IRC 6672 Trust Fund Recovery Penalty<br>05-24-2029 | 20184305  11-12-2018 | $1,255,358.74 |
| n/a | 81254-697-52027-8 | | |
| 290 | Additional tax assessed<br>00-00-0000 | 20184305  11-12-2018 | $0.00 |
| n/a | 81254-697-52027-8 | | |
| 960 | Appointed representative | 10-10-2018 | $0.00 |
| 971 | Notice issued<br>CP 015B | 11-12-2018 | $0.00 |
| 582 | Lien placed on assets due to balance owed | 12-14-2018 | $0.00 |
| 360 | Fees and other expenses for collection | 01-07-2019 | $20.00 |
| 971 | Collection due process request received timely | 01-26-2019 | $0.00 |
| 520 | Bankruptcy or other legal action filed | 01-26-2019 | $0.00 |
| 971 | Undeliverable notice of lien filing and right to Collection Due Process hearing | 02-11-2019 | $0.00 |
| 960 | Appointed representative | 05-31-2019 | $0.00 |
| 521 | Removed bankruptcy or other legal action | 08-07-2019 | $0.00 |
| 971 | Collection due process (hearing) resolved by Appeals — Notice of Determination<br>letter issued, you waived judicial review or withdrew the hearing request | 11-07-2019 | $0.00 |

This Product Contains Sensitive Taxpayer Data

Alan L. Weisberg
Dennis G. Kainen
Brielle L. Mark
Quinton L. Weisberg



Weisberg/Kainen/Mark
Attorneys at Law

December 15, 2023

Internal Revenue Service
51 SW 1st Ave.
Miami, FL 33130

**Hand-Delivered**

Re:   **Paul M. Walczak, SSN** ▮▮▮▮ **1239**
**Trust Fund Recovery Penalty**
**Tax Period Ending September 30, 2017**

Dear IRS:

In response to the IRS Civil Penalty Account Transcript ("Account Transcript")
dated December 7, 2023, a copy of which is enclosed, listing the trust fund recovery
penalty and accruals owed by the taxpayer, Paul M. Walczak, as of December 18,
2023, I am enclosing herewith payment of **$964,161.93**, as follows:

| Type | Tax Period | Account Balance Plus Accruals as of December 18, 2023 | Amount Paid | Check Number |
|---|---|---|---|---|
| Civil Penalty - Trust Fund Recovery Penalty | 09/30/2017 | **$1,606,090.33** | **$964,161.93** | 2059 |

Ever since the liability arose, the taxpayer informed the IRS through various

---

**WEISBERG KAINEN MARK, PL**
IOLTA TRUST ACCOUNT

▮▮▮▮
MIAMI, FL 33131
(305) 374-5544

2059

DEC 1 5 2023                     12/15/2023

PAY TO THE
ORDER OF — United States Treasury                                   $ **964,161.93

Nine Hundred Sixty-Four Thousand One Hundred Sixty-One and 93/100*************************** DOLLARS

Internal Revenue Service
P.O. Box 1214
Charlotte, NC 28201-1214

MEMO   Paul Walczak ▮▮▮▮9. Specifically Designated to:
Sec. 6672 Trust Fund Recovery Penalty for the Period Ending 09/30/2017

Denn G. Kain

Alan L. Weisberg
Dennis G. Kainen
Brielle L. Mark
Quinton L. Weisberg



Weisberg/Kainen Mark

December 15, 2023

Internal Revenue Service
51 SW 1st Ave.
Miami, FL 33130

**Hand-Delivered**

Re:  **Paul M. Walczak, SSN ███████239**
     **Trust Fund Recovery Penalty**
     **Tax Period Ending December 31, 2017**

Dear IRS:

In response to the IRS Civil Penalty Account Transcript ("Account Transcript") dated December 7, 2023, a copy of which is enclosed, listing the trust fund recovery penalty and accruals owed by the taxpayer, Paul M. Walczak, as of December 18, 2023, I am enclosing herewith full payment of **$1,372,062.66**, as follows:

| Type | Tax Period | Account Balance Plus Accruals as of December 18, 2023 | Amount Paid | Check Number |
|------|-----------|-------------------------------------------------------|-------------|--------------|
| Civil Penalty - Trust Fund Recovery Penalty | 12/31/2017 | $1,372,062.66 | $1,372,062.66 | 2058 |

Ever since the liability arose, the taxpayer informed the IRS through various revenue officers that he intended to pay the liability in full. Because of various financial setbacks outside of his control, and all of which he informed the assigned revenue officers, he was unable to immediately pay the liability.  He has on multiple occasions informed the IRS that he was waiting to receive funds from investors based on his well-studied business plan based on his experience in the assisted living-facility health-care industry.  Based on a successful business deal, which took a lengthy time of very hard work to bring to financial fruition, he is now able to make this payment in the amount of **$1,372,062.66** which includes all penalties and accrued interest.

This check contains a notation that the payment is specifically designated to pay the 12/31/2017 trust fund recovery penalty, and lists the taxpayer's name and social security number.  Please see that this payment is properly applied and designated to the taxpayer's trust fund recovery penalty and accruals, and to the

1401 Brickell Avenue, Suite 800 / Miami, Florida 33131 / T 305 374 5544 / F 305 358 8565 · wkm-law.com
aweisberg@wkm-law.com / dkainen@wkm-law.com / bmark@wkm-law.com / qweisberg@wkm-law.com

specified tax period: 12/31/2017.   Because the Account Transcript states that "this is not a payoff amount," to the extent there are any additional accruals, kindly inform us as it is our intention to pay this quarter in full.

Please stamp and date the photocopy of the check (check # 2058), in the amount of **$1,372,062.66**, and this letter as "received" by the IRS.


Very truly yours,

Dennis G. Kainen

Walczak 1425

This Product Contains Sensitive Taxpayer Data

# Account Transcript

Request Date:    12-07-2023
Response Date:   12-07-2023
Tracking Number: 105268940277

FORM NUMBER:    CIVIL PENALTY
TAX PERIOD:     Dec. 31, 2017

TAXPAYER IDENTIFICATION NUMBER:   XXX-XX-1239

PAUL M WALC

INTERNAL REVENUE SERVICE
W&I  FIELD ASSISTANCE
MIAMI FL

FEB 0 2 REC'D

RECEIVED
21109

<<<<POWER OF ATTORNEY/TAX INFORMATION AUTHORIZATION (POA/TIA) ON FILE>>>>

--- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

ACCOUNT BALANCE:                         1,072,454.05
ACCRUED INTEREST:                          299,608.61    AS OF: Dec. 18, 2023

ACCOUNT BALANCE PLUS ACCRUALS
(this is not a payoff amount):                         1,372,062.66

** INFORMATION FROM THE RETURN OR AS ADJUSTED **

| | TRANSACTIONS | | |
|---|---|---|---|
| CODE | EXPLANATION OF TRANSACTION | CYCLE DATE | AMOUNT |
| 240 | Miscellaneous penalty<br>IRC 6672 Trust Fund Recovery Penalty<br>05-24-2029 | 20184305 11-12-2018 | $1,072,454.05 |
| n/a | 81254-697-52000-8 | | |
| 290 | Additional tax assessed<br>00-00-0000 | 20184305 11-12-2018 | $0.00 |
| n/a | 81254-697-52000-8 | | |
| 960 | Appointed representative | 10-10-2018 | $0.00 |
| 971 | Notice issued<br>CP 015B | 11-12-2018 | $0.00 |
| 582 | Lien placed on assets due to balance owed | 12-14-2018 | $0.00 |
| 971 | Collection due process request received timely | 01-26-2019 | $0.00 |
| 520 | Bankruptcy or other legal action filed | 01-26-2019 | $0.00 |
| 971 | Undeliverable notice of lien filing and right to Collection Due Process hearing | 02-11-2019 | $0.00 |
| 960 | Appointed representative | 05-31-2019 | $0.00 |
| 521 | Removed bankruptcy or other legal action | 08-07-2019 | $0.00 |
| 971 | Collection due process (hearing) resolved by Appeals - Notice of Determination<br>letter issued, you waived judicial review or withdrew the hearing request | 11-07-2019 | $0.00 |

This Product Contains Sensitive Taxpayer Data

Alan L. Weisberg
Dennis G. Kainen
Brielle L. Mark
Quinton L. Weisberg


Weisberg/Kainen/Mark
Attorneys at Law

December 15, 2023

Internal Revenue Service
51 SW 1st Ave.
Miami, FL 33130

INTERNAL REVENUE SERVICE
W & I - FIELD ASSISTANCE
MIAMI, FL

RECEIVED
21109

**Hand-Delivered**

Re:   **Paul M. Walczak** ▮▮ 1239
**Trust Fund Recovery Penalty**
**Tax Period Ending December 31, 2017**

Dear IRS:

In response to the IRS Civil Penalty Account Transcript ("Account Transcript")
dated December 7, 2023, a copy of which is enclosed, listing the trust fund recovery
penalty and accruals owed by the taxpayer, Paul M. Walczak, as of December 18,
2023, I am enclosing herewith full payment of **$1,372,062.66**, as follows:

| Type | Tax Period | Account Balance Plus Accruals as of December 18, 2023 | Amount Paid | Check Number |
|------|-----------|-------------------------------------------------------|-------------|--------------|
| Civil Penalty - Trust Fund Recovery Penalty | 12/31/2017 | $1,372,062.66 | $1,372,062.66 | 2058 |

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**WEISBERG KAINEN MARK, PL**
IOLTA TRUST ACCOUNT

MIAMI, FL 33131
(305) 374-5544

INTERNAL REVENUE
W & I - FIELD ASSIS
MIAMI, FL

2058

DEC 1 5 2023                    12/15/2023

PAY TO THE ORDER OF ___ United States Treasury ___                              $ **1,372,062.66

One Million Three Hundred Seventy-Two Thousand Sixty-Two and 66/100*********************************** DOLLARS
PROTECTED AGAINST FRAUD

Internal Revenue Service
P.O. Box 1214
Charlotte, NC 28201-1214

MEMO   Paul Walczak, S▮▮▮219; Specifically Designated to
Sec. 6672 Trust Fund Recovery Penalty for the Period Ending 12/31/2017

_Dennis G. Kainen_

Walczak 1427