

**DEPARTMENT OF THE TREASURY**
**Internal Revenue Service**
**Criminal Investigation**

# Memorandum of Interview

| | | | |
|---|---|---|---|
| **Investigation #:** | 1000295121 | **Location:** | Via Zoom |
| **Investigation Name:** | PAUL WALCZAK | | |
| **Date:** | August 9, 2022 | | |
| **Time:** | Approximately 3:00pm-3:29pm | | |

**Participant(s):** ▮▮▮▮▮ Witness
▮▮▮▮▮ Attorney
Michelle Lavoro, Special Agent
Jaime Manjarres, Special Agent

On the above date and approximate time, Special Agent Lavoro introduced herself and Special Agent Manjarres as Special Agents with the Internal Revenue Service, Criminal Investigation, and displayed their credentials for inspection by ▮▮▮▮▮ ▮▮▮▮▮. The following contains the pertinent information discussed during the interview.

1. ▮▮▮ has lived at ▮▮▮▮▮ Pensacola, FL 32507 for almost a year. Prior to this address he lived at ▮▮▮▮▮ Pensacola, FL 32503. His phone number is ▮▮▮▮▮. ▮▮▮ is married and has two children. He obtained a masters degree from the University of South Carolina in 2001.

2. ▮▮▮ has been the Chief Operating Officer (COO) for Catalyst Healthcare Real Estate since September 2018 where he manages the day-to-day operations of the company including compliance, acquisitions, human resources and marketing. Previously, ▮▮▮ was the COO for Carter Validus (Carter) for 7 years until he left in August 2018. He was in charge of all healthcare real estate transactions for Carter.

3. While ▮▮▮ was employed at Carter, he was introduced to PAUL WALCZAK (WALCZAK) by a business associate, ▮▮▮▮▮ or ▮▮▮▮▮. ▮▮▮▮▮ for a possible real estate deal. ▮▮▮ represented WALCZAK during the possible deal, which started in approximately December 2017. ▮▮▮ met WALCZAK one time in person, which took place February of 2018. The deal was for Carter to acquire only the real estate for Chatsworth at Wellington Green (Chatsworth), which was a senior living facility. Carter would then lease back the property to WALCZAK's company, NUVISTA. NUVISTA employed the nurses and owned the equipment at Chatsworth.

4. SA Lavoro showed ▮▮▮ a letter of intent (See Attachment A), which he confirmed was as a document for the deal at Chatsworth and verified his

signature at the end of the document. ▓ was in charge of this deal. This document was not given to WALCZAK during their in-person meeting. It would have been sent to ▓ after the in-person meeting and then returned.

5. SA Lavoro showed ▓ an email dated June 4, 2018 (See Attachment B), which he verified as an email he sent to ▓ and WALCZAK stating they were not going to move forward with the deal. ▓ met with his boss, ▓ to discuss the deal and the reasons why they were not going to go through with it. The following were the reasons why Carter decided not to go through with the deal:
    a. There were transaction related items that raised red flags for Carter including the property Carter was going to acquire was not actually owned by NUVISTA as previously indicated. It was instead owned by American Realty Capital (ARC). Also, there were payments between NUVISTA and another company that did not look correct.
    b. Carter found out NUVISTA was going to purchase the property from ARC for $57 million, but wanted to sell it to Carter for $62 million.
    c. NUVISTA kept asking for more money. They requested an additional $5 million, then an another $10 million during the negotiation process.
    d. In late May/early June of 2018 there was a newspaper article stating NUVISTA was not paying their employees, which was "the last straw" for Carter.

6. SA Lavoro showed ▓ an email dated June 12, 2018 (See Attachment C), which ▓ verified he sent to WALCZAK. ▓ received a summons from IRS, but Carter had already decided not to go through with the deal before receiving the summons. This is the first and only time ▓ has received a summons related to a deal he was negotiating.

7. SA Lavoro showed ▓ an email dated August 27, 2018 (See Attachment D), which ▓ verified as email communications he had regarding the deal with WALCZAK. He also confirmed his email address and ▓ email address at the top of the document, which was the person representing WALCZAK for this deal. WALCZAK was attempting to keep the deal alive even though Carter had already declined to purchase Chatsworth. Carter required a reimbursement agreement to be put in place to continue negotiations for Chatsworth. There was not a second deal; WALCZAK was just trying to re-work the original deal. The deal ultimately did not go through.

SA Lavoro requested for any documents to be emailed to her and stated she would get back to them next week regarding the Grand Jury appearance for August 30, 2022, after she spoke to the attorneys involved. SA Lavoro thanked ▓ for his time and the interview ended at approximately 3:29pm.

I prepared this memorandum on August 8, 2022, after refreshing my memory from notes made during and immediately after the interview with ▮▮▮▮▮▮▮▮▮▮

*Michelle Lavoro*
Michelle Lavoro
Special Agent

*Jaime Manjarres*
Jaime Manjarres
Special Agent