UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,          CASE NO: __23-80024-CR__

        Plaintiff
vs.

__Paul Walczak__,

### SENTENCING MINUTES

DATE: __4/11/25__          Court Reporter: __Pauline Stipes__

AUSA __Brian Flanagan__   Defense Counsel: __Dennis Kainen, Richard Levitt, Raymond Granger__

        Deputy Clerk: __Irene Ferrante__

### JUDGMENT AND SENTENCE

Imprisonment __18__ MONTHS as to COUNTS __4__
__3 mos Ct 13 to run concurrently__

Probation _____ YEARS as to COUNTS _____

Supervised Release __2__ YEARS as to Counts __4 and 1yr Ct 13__

____ Association restriction ____ Employment Requirement __✓__ Permissible Search ____ Deportation

____ Mental Health Treatment ____ Substance abuse treatment __✓__ Financial disclosure ____ No debt

____ No self-employment ____ Related concern restriction ____ Sex offender conditions

__Cooperation with IRS__
__Passport to be returned to wife after surrender__

Assessment $ __125.00__   Fine __0__   Restitution: __$4,381,265.76__

____ Counts remaining dismissed on Government motion _____

__✓__ Defendant advised of his right to appeal.

____ Remanded to U.S. Marshal

__✓__ Voluntary Surrender on or before __7-10-25__

Recommendation to the Bureau of Prisons __Miami Dade, FL__

Time in court: __3:15__   Statement from: __John Metz, Chris Hainsworth, Felix Zuniga__