UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | Case No. 9:23-CR-80024 |
| PAUL WALCZAK, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## GOVERNMENT'S NOTICE OF FULL AND UNCONDITIONAL PARDON

The United States of America, by and through undersigned counsel, hereby submits the following notice of the Full and Unconditional Pardon of the Defendant, Paul Walczak, pursuant to Article II, Section 2, Clause 1, of the Constitution. As stated in the attached, on April 23, 2025, President Donald J. Trump issued "A Full and Unconditional Pardon" to the Defendant for his offenses enumerated in *United States v. Walczack*, 9:23-cr-80024.

Respectfully submitted,

HAYDEN O'BYRNE
United States Attorney

By: /s/ BRIAN FLANAGAN
BRIAN FLANAGAN
District Court No. A5502691
ANDREW ASCENCIO
District Court No. A5502950
Trial Attorneys
Department of Justice, Tax Division
150 M Street, N.E.
Washington, D.C. 20002
(202) 305-7480 (o)
(202) 514-0961 (f)

2

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above Notice of Full and Unconditional Pardon has been served via ECF upon counsel for Defendant, this 25th day of April, 2025.

By: /s/ BRIAN FLANAGAN
BRIAN FLANAGAN
Trial Attorney